# MEMORANDUM CASE.

[Civ. No. 2763. Second Appellate District, Division One.—February 19, 1920.]

MERCHANTS REALTY AND INVESTMENT COMPANY (a Corporation), Appellant, v. E. A. NEIGER, Respondent.

[1] CORPORATIONS — REPRESENTATION THAT STOCK NONASSESSABLE — RESCISSION OF CONTRACT OF PURCHASE.—Judgment affirmed on the authority of *Merchants Realty and Investment Co.* v. *Kelso, ante,* p. 218.

APPEAL from a judgment of the Superior Court of Los Angeles County. Louis W. Myers, Judge. Affirmed.

The facts are closely like those shown by the record in *Merchants Realty and Investment Co.* v. *Kelso, ante,* p. 218, [189 Pac. 116].

Leo V. Youngworth and Harry J. McClean for Appellant.

George H. Woodruff and Clyde C. Shoemaker for Respondent.

THE COURT.—Action to recover on a contract of subscription for stock of the plaintiff corporation. Judgment for the defendant, from which the plaintiff appeals.

[1] The facts are closely like those shown by the record in *Merchants Realty and Investment Co.* v. *Kelso, ante,* p. 218, [189 Pac. 116]. On the authority of that decision, the judgment in this case is affirmed.